UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES WELFARE FUND and PENSION FUND, *et al.*,<br><br>    Plaintiffs,<br><br>      v.<br><br>LADY LUCK GOURMET LLC,<br><br>    Defendant.<br>_____/ | No. C 11-03886 LB<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT BY JANUARY 11, 2013 |

On September 11, 2012, Plaintiffs filed a Status Statement. ECF No. 9. According to Plaintiffs, Defendant is meeting its obligation as required by the parties' Stipulation for Judgment. *Id.* To keep the court apprised on the progress towards resolution of this matter, and in light of the payment review scheduled for December 2012, the court **ORDERS** Plaintiffs to file a Status Report by January 11, 2013.

**IT IS SO ORDERED.**

Dated: October 10, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-03886 LB (ORDER)