UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES WELFARE FUND,<br><br>           Plaintiff(s),<br>    v.<br>LADY LUCK GOURMET LLC,<br>           Defendant(s). | No. C 11-03886 LB<br><br>**ORDER** |

On January 8, 2013, Plaintiffs filed a Status Statement. ECF No. 11. According to Plaintiffs, Defendant is meeting its obligation as required by the parties' Stipulation for Judgment. *Id.* To keep the court apprised on the progress towards resolution of this matter, the court orders Plaintiffs to file a status report by November 14, 2013 and sets a telephonic hearing date of November 21, 2013, at 10:30 a.m. as a control date. The status statement should include a time line for closing the case because at that point, the outstanding obligation should be greatly reduced.

**IT IS SO ORDERED.**

Dated: January 8, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 11-03886 LB